**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JENNIFER SANDLIN,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS COUNTY SCHOOL DISTRICT,<br><br>Defendant. | Civil Action File No.:<br>1:24-cv-3947-SDG-JKL |

**STIPULATION OF DISMISSAL**

The parties, Jennifer Sandlin and Douglas County School District, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted, this 21st day of May, 2026.

**FRIED BONDER WHITE, LLC**

*/s/ Joseph A. White*
Joseph A. White
Georgia Bar No. 754315
730 Peachtree Street N.E.,
Suite 600
Atlanta, GA 30308
Telephone: (404) 995-8808
Facsimile: (404) 995-8899
Email: jwhite@friedbonder.com

**PEREIRA, KIRBY, KINSINGER & NGUYEN, LLP**

*/s/Aparesh Paul (signed with express permission)*
APARESH PAUL
Ga. Bar No. 362648
210 Washington Street NW,
Suite 203
Gainesville, GA 30501
Phone: (770) 534-7341

Counsel for Plaintiff

Fax: (770) 532-0399
Email: apaul@pkknlaw.com

Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 21, 2026, I electronically filed the foregoing **STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Aparesh Paul [apaul@pkknlaw.com]
PEREIRA, KIRBY, KINSINGER & NGUYEN, LLP
210 Washington Street NW, Suite 203
Gainesville, GA 30501

*/s/ Joseph A. White*
Joseph A. White
Georgia Bar No. 754315